**Gwendolyn D. SMITH, Appellant,**

v.

**Leeclair E. SMITH, Respondent.**

**Gwendolyn D. SMITH, Appellant,**

v.

**Leeclair E. SMITH, Respondent.**

**No. WD 51052.**

Missouri Court of Appeals,
Western District.

June 11, 1996.

Leslie Ann Schneider, Columbia, for Gwendolyn Smith.

Elton W. Fay, Columbia, for Leeclair E. Smith.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Both Husband and Wife appeal from an Order of Legal Separation. The issues are the amount of maintenance, child support and the division of property.

Affirmed. Rule 84.16(b).

■

**Darrell BLAIR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52138.**

Missouri Court of Appeals,
Western District.

June 11, 1996.

Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., HANNA and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from the denial, without evidentiary hearing, of Rule 24.035 motion for post-conviction relief as being untimely.

Judgment affirmed. Rule 84.16(b).